# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. BAKER,<br><br>     Plaintiff,<br><br>  v.<br><br>EXPERIAN CREDIT REPORTING AGENCY; TRANSUNION CRA; and EQUIFAX CREDIT REPORTING AGENCY,<br><br>     Defendants. | Case No: 2:12-cv-08490 JAK (MANx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC**<br><br>**JS-6** |

## ORDER OF DISMISSAL

The Court having received the parties Stipulation for Dismissal with Prejudice as to Equifax Information Services LLC, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Equifax Information Services LLC is dismissed with prejudice from this action.

This 5th day of August, 2013.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway
Suite 200
Laguna Beach, CA 92651
(949) 376-3500

**ORDER OF DISMISSAL**